IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31408
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

CRAIG ROBERSON,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-20054-7
--------------------
June 15, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Craig
Roberson on appeal has moved for leave to withdraw as counsel and
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967).  Roberson has not filed a response to counsel's
motion and brief.

     Our independent review of the record discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  5TH CIR. R. 42.2.

DISMISSED.